UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRO-WELL BRANDS, INC.,
GRO-WELL BRANDS CP, INC. and
WESTERN ORGANICS, INC.,

                Plaintiffs,

vs.

VAPORIZER LLC,

                Defendant.

STIPULATION OF DISMISSAL

CIVIL ACTION NO. 13-CV-7463

---

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the parties, by their undersigned counsel, hereby voluntarily dismiss the Complaint in the above-captioned matter on the merits with prejudice and without costs to any party.

December 11, 2013

Plaintiffs,

_____
Jay B. Itkowitz
Itkowitz PLLC
Bar Roll No. JGI-5349
*Attorneys for Plaintiffs*
305 Broadway, 7th Floor
New York, New York 10007
jitkowitz@itkowitz.com
Tel: (646) 822-1801

December 11, 2013

Defendant,

_____
David J. Edwards
Harris Beach PLLC
Bar Roll No. DE6605
*Attorneys for Defendant,*
99 Garnsey Road
Pittsford, NY 14534
deedwards@harrisbeach.com
Tel: (585) 419-8714